**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CATHOLIC LEAGUE FOR
RELIGIOUS AND CIVIL RIGHTS;
RICHARD SONNENSHEIN; VALERIE
MEEHAN,
            *Plaintiffs-Appellants,*

            v.

CITY AND COUNTY OF SAN
FRANCISCO; AARON PESKIN; TOM
AMMIANO, in his official capacity
as a Supervisor, Board of
Supervisors, City and County of
San Francisco,
            *Defendants-Appellees.*

No. 06-17328

D.C. No.
CV-06-02351-MHP

ORDER

Filed November 5, 2009

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

15221

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.